# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ETHAN TROKA                                                    PLAINTIFF

v.                         No. 4:25-cv-516-DPM-BBM

GARY R. KERSTEIN, Doctor/Telehealth,
Wellpath, ADC;  ARKANSAS DIVISION
OF CORRECTION;  DAVID SMITH,
APRN/Telehealth, Wellpath, ADC;
SAMANTHA B. ANDERSON,
APRN/Telehealth, Wellpath, ADC;
DEXTER PAYNE, Director, ADC;
AUNDREA F. CULCLAGER, Deputy
Director, ADC;  CHRIS H. HORAN,
Doctor/Regional Medical Director,
Wellpath, ADC;  MELISSA MOORE,
Nurse, Wellpath, ADC;  MAJORIE ANN
HALL PARROTT, Health Services
Administrator, Wellpath, North Central
Unit, ADC;  LISA Y. DOWNING, RN,
Wellpath, North Central Unit, ADC;
DEBORAH A. GATLIFF, APN/Healthcare
Provider, Wellpath, North Central Unit,
ADC;  KAELYNN RENAE
STAUDACHER REEVES, CNA, Wellpath,
North Central Unit, ADC;  THOMAS
NATHAN DANIEL, Doctor, Wellpath,
Wrightsville Unit, ADC;  and MARIA E.
LANE, APRN, Health Care Provider,
Wellpath, J. Aaron Hawkins Sr. Center,
ADC                                                            DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The following claims proceed:

- Medical deliberate indifference claims against APRN Anderson and HSA Parrott based on the 14 August 2024 provider visit;

- Medical deliberate indifference claim against APRN Smith based on the 5 September 2024 provider visit;

- Medical deliberate indifference claim against Dr. Kerstein based on the 30 October 2024 provider visit;

- Medical deliberate indifference claim against Nurse Downing for confiscating the egg-crate mattress on 2 January 2025;

- Pendent medical malpractice claims for the foregoing claims;

- Equal protection claim against CNA Reeves for confiscating Troka's medical shoes on 6 January 2025;

- Retaliation claims against APRN Smith and against Deputy Director Culclager, Director Horan, Dr. Kerstein, and Nurse Moore for their alleged actions in revoking Troka's medical authorizations in January 2025; and

- Conspiracy claims against Nurses Downing and Moore related to the confiscation of the egg-crate mattress on 2 January 2025.

The Court dismisses Troka's remaining claims without prejudice for failure to state a claim for relief. The Court directs the Clerk to

–3–

terminate Arkansas Division of Corrections, Director Payne, APRN Gatliff, Dr. Daniel, and APRN Lane as defendants in this case. Troka's motion for a preliminary injunction, *Doc. 6*, is denied.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

4 June 2026